No. 901. CAGE *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Ivan Irwin* and *M. R. Irion* for petitioner.

No. 902. GINSBURG *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK. C. A. 2d Cir. Certiorari denied. *Paul Ginsburg* for petitioner. *Haughton Bell* and *Carl F. Hollander* for respondent.

No. 905. McINTYRE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Myer H. Gladstone* for petitioner.

No. 907. SCHAEFFER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin,* Assistant *Attorney General Rice, Joseph F. Goetten* and *Carolyn R. Just* for respondent.

No. 908. DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. *v.* SIEGRIST. C. A. 2d Cir. Certiorari denied. *John E. Dickinson* for petitioner. *William J. Flynn, Jr.* for respondent.

No. 910. PHOENIX INSURANCE CO. ET AL. *v.* HANEY ET AL. Supreme Court of Mississippi. Certiorari denied. *Thomas Henry Watkins* for petitioners.

No. 918. BREWERY & BEVERAGE DRIVERS, WAREHOUSEMEN & HELPERS UNION, LOCAL No. 993, ET AL. *v.* McLEAN DISTRIBUTING CO., INC. Supreme Court of Minnesota. Certiorari denied. *Solly Robins* for petitioners. *Ronald S. Hazel* for respondent.